IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**SAUL MARTINEZ, on Behalf of Himself
and on Behalf of All Others Similarly Situated,**

      Plaintiff,

v.                                No. CIV-16-0945 JCH/LAM

**SCHLUMBERGER TECHNOLOGY
CORPORATION and SCHLUMBERGER
LIMITED (SCHLUMBERGER N.V.),**

      Defendants.

## ORDER SETTING TELEPHONIC HEARING

| | |
|---|---|
| MATTER(S) TO BE HEARD: | Telephonic hearing at the request of the parties re: Discovery Dispute |
| DATE AND TIME OF HEARING: | Monday, January 23, 2017 at 2:00 p.m. (Trailing Docket – parties must be available 15 minutes prior to this time) |
| LOCATION: | U.S. Courthouse and Federal Building, 5th Floor, 100 N. Church, Las Cruces, NM, before U.S. Magistrate Judge LOURDES A. MARTÍNEZ |

    **The Court shall initiate the call - if the parties will be at a phone number that is different than the one listed on the Court's docket, please notify Judge Martinez' chambers.**  The Court's phones can only accommodate up to six telephone lines, including the Court's.  If the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

    IT IS SO ORDERED.

_____
**LOURDES A. MARTÍNEZ
UNITED STATES MAGISTRATE JUDGE**