IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAUL MARTINEZ, Jr., on Behalf of
Himself and on Behalf of All Others
Similarly Situated,

    Plaintiff,

v.                                               No. 1:16-cv-945-JCH-KRS

SCHLUMBERGER TECHNOLOGY
CORPORATION,

    Defendant.

## ORDER FINDING GOOD CAUSE TO EXTEND ISSUANCE OF SCHEDULING ORDER

**THIS MATTER** comes before the Court following a telephonic status conference, held on November 14, 2017, to discuss discovery and pretrial deadline options in light of Plaintiff's pending Motion for Leave to File First Amended Complaint [Doc. No. 23]. Pursuant to Fed. R. Civ. P. 16(b)(2), the Court must issue a scheduling order "within the earlier of 90 days after any defendant has been served with the complaint or 60 days after any defendant has appeared" unless the Court finds good cause for delay. As discussed on the record, the Court finds good cause to delay the issuance of a scheduling order pending the outcome of Plaintiff's motion to amend.

**IT IS, THEREFORE, ORDERED** that an initial scheduling order shall not issue prior to a ruling on Plaintiff's Motion for Leave to File First Amended Complaint [Doc. No. 23].

                                                  _____
                                                  **KEVIN R. SWEAZEA**
                                                  **UNITED STATES MAGISTRATE JUDGE**