IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAUL MARTINEZ, JR.,
on behalf of himself and on
behalf of all others similarly situated,

       Plaintiff,

v.                           No. 1:16-cv-00945-JCH-KRS

SCHLUMBERGER TECHNOLOGY
CORPORATION,

       Defendant.

## CLASS CERTIFICATION AND COLLECTIVE ACTION CONDITIONAL CERTIFICATION SCHEDULING ORDER

THIS MATTER comes before the Court following a telephonic Rule 16 scheduling conference held on May 21, 2018. At the hearing, the Court adopted the parties' proposed Joint Status Report and Provisional Discovery Plan ("JSR"), with slight modifications, as reflected in the dates below. In so adopting, the Court determined that it would set discovery deadlines in two stages, with the first stage addressing matters related to Rule 23 class certification and collective action conditional certification.

**IT IS THEREFORE ORDERED** that the following case management deadlines shall govern Stage One:

    (a) Deadline for Plaintiff to amend pleadings and/or join parties: **July 20, 2018**;

    (b) Deadline for Defendant to amend pleadings and/or join parties: **August 17, 2018**;

    (c) Disclosure of Plaintiff's expert(s) on class issues: **August 3, 2018**;

    (d) Disclosure of Defendant's expert(s) on class issues: **August 17, 2018**;

    (e) Discovery on certification issues terminates: **August 24, 2018**;

(f) Plaintiff's motions for Rule 23 class certification and collective action conditional certification: **September 21, 2018**;

(g) Defendant's responses to certification motions: **within fourteen (14) days after service of the respective motion**, *see* D.N.M.LR-Civ. 7.4(a);

(h) Plaintiff's replies: **within fourteen (14) days after service of the respective response**, *see Id.*

**IT IS FURTHER ORDERED** that the parties shall adhere to the following:

(a) Maximum of twenty-five (25) interrogatories per party to the other party with responses due thirty-three (33) days after service;

(b) Maximum of thirty (30) requests for admission per party to the other party with responses due thirty-three (33) days after service;

(c) Maximum of thirty-five (35) requests for production per party to the other party with responses due thirty-three (33) days after service;

(d) Maximum of ten (10) depositions by each party. The parties may seek leave of the Court should a greater number be required. Depositions of named parties and/or experts shall not exceed seven (7) hours unless extended by the parties' agreement during the deposition. Depositions of unnamed parties and/or experts shall not exceed five (5) hours unless extended by the parties' agreement during the deposition.

Importantly, the parties are reminded that the scope of discovery is not limited by this order. Following rulings upon both Plaintiff's motion for Rule 23 class certification as well as his motion for collective action conditional certification, the Court will set the remaining discovery deadlines.

**IT IS SO ORDERED.**

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

*Scheduling Order*
Page **2** of **2**