IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAUL MARTINEZ, JR.,
on behalf of himself and on
behalf of all others similarly situated,

    Plaintiff,

v.                    No. 1:16-cv-00945-JCH-KRS

SCHLUMBERGER TECHNOLOGY
CORPORATION,

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on May 21, 2018, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan (Doc. 74), filed May 14, 2018, and adopted it as modified by the dates provided in the Court's Class Certification and Collective Action Conditional Certification Scheduling Order filed concurrently with this Order.

**IT IS SO ORDERED**.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**