# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| SAUL MARTINEZ, JR.,<br>on Behalf of Himself and on Behalf of All Others Similarly Situated,<br>    *Plaintiff,*<br><br>v.<br><br>SCHLUMBERGER TECH CORP. and SCHLUMBERGER LIMITED (SCHLUMBERGER N.V.),<br>    *Defendants.* | CIVIL ACTION NO. 1:16-cv-00945 JCH-LAM |

## ORDER GRANTING MOTION FOR CONTINUANCE

On this day came to be considered Plaintiff Saul Martinez's and Defendant Schlumberger Technology Corporation's Joint Motion for Continuance. It is hereby ORDERED that the Parties shall have until Tuesday, July 2, 2019 to file their status report with the Court that this case has settled or their proposed discovery plan for the merits of the case.

                                                                     *[signature]*
                                                                     KEVIN R. SWEAZEA
                                                                       UNITED STATES MAGISTRATE JUDGE