UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| SAUL MARTINEZ, JR.,<br>on Behalf of Himself and on Behalf of All Others Similarly Situated,<br>    *Plaintiff,*<br><br>v.<br><br>SCHLUMBERGER TECH CORP. and SCHLUMBERGER LIMITED (SCHLUMBERGER N.V.),<br>    *Defendants.* | CIVIL ACTION NO. 1:16-cv-00945 JCH-KRS |

## ORDER APPROVING MOTION TO SEAL SETTLEMENT

Before the Court is the Unopposed Motion to Seal Settlement. For good cause shown, the Motion is GRANTED. The Parties are hereby directed to submit the Settlement Agreement under seal.

**SO ORDERED.**

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE